UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| MATEEN HALEEM, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.: 5:17-CV-00003 |
| | ) | |
| DR. MOISES QUINONES, et al, | ) | |
| | ) | |
| *Defendants* | ) | |

## NOTICE REGARDING DISCOVERY

Defendant David Gregory, by counsel, hereby certifies that on July 31, 2018, Defendant issued one (1) subpoena *duces tecum* directed to Nexus Services, Inc., a copy of which was sent by U.S. mail, first-class and postage pre-paid, as listed in the Certificate below.

DAVID GREGORY

By Counsel

By: /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Attorney for Defendant Gregory
Timberlake**Smith**
25 North Central Avenue
Post Office Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax: 540/885-4537
email: rfessier@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2018, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Brian J Brydges, Esq.
    Johnson, Ayers & Matthews, PLC
    Post Office Box 2200
    Roanoke, VA 24009

    Mario Bernard Williams, Esq.
    Andrew R. Tate, Esq.
    Dallas S. LePierre, Esq.
    Nexus Derechos Humanos Attorneys, Inc.
    44 Broad Street NW, Suite 200
    Atlanta, GA 30303

    Alexander Francuzenko, Esq.
    Michael D. Arena, Esq.
    Cook, Craig & Francuzenko, PLLC
    3050 Chain Bridge Road, Suite 200
    Fairfax, VA 22030

    Susan A. Waddell, Esq.
    Guynn & Waddell, PC
    415 South College Avenue
    Salem, VA 24153

          /s/ Rosalie Pemberton Fessier
    Rosalie Pemberton Fessier
    VSB # 39030
    Attorney for Defendant Gregory
    Timberlake**Smith**
    25 North Central Avenue
    Post Office Box 108
    Staunton, VA 24402-0108
    phone: 540/885-1517
    fax: 540/885-4537
    email: rfessier@timberlakesmith.com

TimberlakeSmith
Staunton, VA
540.885.1517

F:\61\RVPF\DRM\Haleem v. Quinones\Pleadings\Notice re Discovery (Nexus SDT).docx