IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| MATEEN HALEEM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 5:17-cv-00003 |
| DR. MOISES QUINONES, et al., | ) By:  Michael F. Urbanski<br>) Chief United States District Judge |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. ECF No. 108. Accordingly, this case is hereby **DISMISSED** with prejudice and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 02-28-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge